**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| JOURDON L. POLSON | ) | Bk Case No. 13-009627-MH3-13 |
| | ) | |
| Debtor. | ) | |

### AGREED ORDER PROVIDING FOR A ONE-YEAR BAR IF THE CASE IS DISMISSED PRIOR TO DEBTOR RECEIVING A DISCHARGE

Based upon the signatures below, it appears the parties have agreed that if the current bankruptcy case of Debtor, JOURDON L. POLSON, is dismissed prior to the Debtor receiving a discharge, Debtor shall not file another bankruptcy case within one calendar year of the dismissal date.

IT IS SO ORDERED.

**This order was signed and entered electronically as indicated at the top of the first page.**

Submitted:

SAMUEL K. CROCKER
United States Trustee, Region 8

/s/ Beth Roberts Derrick (TN BPR #7138)

BETH ROBERTS DERRICK
Assistant U.S. Trustee

318 Customs House, 701 Broadway
Nashville, TN 37203
Tel:   (615) 736-2254
Fax:   (615) 736-2260
email address: beth.r.derrick@usdoj.gov



LAW OFFICE OF ADRIENNE N. TRAMMELL-LOVE
Attorney for the Debtor

/s/ Adrienne Nicole Trammell-Love by B. Derrick w/permission
_____
ADRIENNE N. TRAMMELL-LOVE, BPR #24759
2594B Murfreesboro Road
Nashville, TN 37217
Office: 615-243-7979
Fax: 615-246-4186
Email:trammellfirm@hotmail.com