**lb**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:

**JOURDON LYNN POLSON**
**BRITTNIE NICOLE POLSON**

Case No. **13-09627-MH3-13**

Judge: **MARIAN F HARRISON**

HEARING DATE ON OBJECTIONS
AND RELATED MOTIONS: **January 15, 2014**
TIME OF HEARING: **8:30 AM**

SSN XXX-XX-6315     SSN XXX-XX-7015

## TRUSTEE'S MOTION AND REQUEST FOR A HEARING
## ON CONFIRMATION AND REQUEST FOR DISMISSAL

**HEARINGS TO BE HELD AT CUSTOMS HOUSE, COURTROOM 1, 701 BROADWAY, 2ND FL, NASHVILLE, TN , 37203**

The Standing Trustee for Chapter 13 matters in the Middle District of Tennessee, hereby requests this Court set the above styled matter for a confirmation hearing, and for cause therefore would state:

**The Trustee objects to confirmation.**

**Other reason.**

As grounds for such request, the Trustee would state:

**Debtor has not complied with Sec. 1326(a)(1).  Debtor request to finalize purchase of vehicle through Title 11.**

Should this Court deny confirmation, the Trustee requests this Court dismiss this case.

Respectfully Submitted,

Printed: **12/18/2013**

cc:  Debtor(s)
     Debtor(s) Attorney
     Objecting Creditor

/s/ Henry E. Hildebrand, III
HENRY E. HILDEBRAND, III
CHAPTER 13 TRUSTEE
P O BOX 340019
NASHVILLE, TN  37203
615-244-1101
pleadings@ch13nsh.com