**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**

| | |
|---|---|
| IN RE:<br>JOURDON LYNN POLSON<br>BRITTNIE NICOLE POLSON<br>2522 GOLD VALLEY DR<br>MURFREESBORO, TN  37130<br>SSN XXX-XX-6315   SSN XXX-XX-7015 | CASE **13-09627-MH3-13**<br>JUDGE MARIAN F HARRISON<br>1/21/2014 |

## NOTICE OF CONFIRMATION AND PLAN TERMS

ON **01/17/2014** the debtor(s) Chapter 13 plan, as amended, was confirmed by order of **JUDGE MARIAN F HARRISON.** This order provides an extension of the finality date to provide all parties in interest the opportunity to review the plan or its terms and seek relief from its term pursuant to Rule 9023, Federal Rules Bankruptcy. Any application for relief under Rule 9023 must be filed with the court on or before **02/11/2014.** Thereafter, the confirmed plan will be deemed final and binding on all parties pursuant to 11 U.S.C. §1327.

**J. POLSON** to pay **$315.25 BI-WEEKLY**

to the Trustee who shall disburse funds pursuant to the terms of the confirmed plan.

To the debtors' attorney, **ADRIENNE NICOLE TRAMMELL**, the sum of **$3,400.00  to be paid at $150.00 per month.**

Total fee awarded is **$3,500.00** .

To the Court Clerk the sum of **$235.00** and **$46.00** for filing and noticing fees.

The court has fixed a value on the collateral held by all secured creditors, which value shall be deemed the extent of the secured claim.  Such creditors shall retain the lien on their collateral and shall be treated as follows:

| Creditor Name | Value | Interest | Monthly Payment |
|---|---|---|---|
| --------------- NONE --------------- | | | |

To creditors holding claims secured by a purchase money security interest in a motor vehicle incurred within 910 days preceding the petition or secured by a purchase money security interest in any other thing of value incurred in the 1 year period preceding the filing as follows:

| Creditor/Collateral | Interest | Principal Amt To Be Pd | Month |
|---|---|---|---|
| **TITLE 11**<br>*(UNKNOWN / 910 AUTOMOBILE LOAN* | **21.00%** | **$15,200.00(e)** | **$411.50** |

The Trustee is authorized to pay any post petition fees, expenses, and charges, notice of which is filed pursuant to Rule 3002.1, F.R.B.P. and as to which no objection is raised, at the same disbursement level as the arrears claim noted above.

As of the date of this notice, the following notice of post petition fees, expenses, and charges has been filed:

| Creditor Name | Claim Amount | Monthly Payment |
|---|---|---|
| --------------- NONE --------------- | | |

The plan treats some unsecured claims differently than others. The following claims to unsecured claimholders, in classes and paid in classes, sequentially as shown below:

| Class | Creditor Name | Interest | Dividend | Claim |
|---|---|---|---|---|

-------------- **NONE** --------------

———————————————————————————————————————

The plan establishes a minimum dividend to general unsecured creditors, with timely claims but may establish a dividend to some creditors that differ from others. The following claims will be paid in the general unsecured class:

| | Creditor Name | Interest | Dividend | Claim | Account |
|---|---|---|---|---|---|
| | ABILITY RECOVERY | 0.00% | 20.00% | $0.00 | xxxxxxxx |
| * | ADVANCE FINANCIAL | 0.00% | 20.00% | $620.01 | xxxxxxxx0790 |
| | AMERICAN INFOSOURCE LP | 0.00% | 20.00% | $0.00 | xxxxxxxx |
| | AMERICAN INFOSOURCE LP AS AGENT FOR | 0.00% | 20.00% | $0.00 | xxxxxxxx |
| | APPLIANCE WAREHOUSE OF AMERICA | 0.00% | 20.00% | $0.00 | xxxxxxxx |
| | APPLIANCE WAREHOUSE OF AMERICA | 0.00% | 20.00% | $0.00 | xxxxxxxx |
| | AT AND T/BELLSOUTH | 0.00% | 20.00% | $0.00 | xxxxxxxx |
| | AUTOMATED TRAFFIC ENFORCEMENT PROGRAM | 0.00% | 20.00% | $0.00 | xxxxxxxx |
| | BANK OF BANK | 0.00% | 20.00% | $0.00 | xxxxxxxx |
| | BESTWAY RENTALS | 0.00% | 20.00% | $0.00 | xxxxxxxx |
| | BESTWAY RENTALS | 0.00% | 20.00% | $0.00 | xxxxxxxx |
| | CANDICA LLC | 0.00% | 20.00% | $0.00 | xxxxxxxx |
| * | CASH EXPRESS | 0.00% | 20.00% | $829.00 | xxxxxxxx6315 |
| | CASH EXPRESS | 0.00% | 20.00% | $0.00 | xxxxxxxx |
| | CHECK ADVANCE/VALUED SERVICE | 0.00% | 20.00% | $0.00 | xxxxxxxx |
| | CHECK INTO CASH | 0.00% | 20.00% | $0.00 | xxxxxxxx |
| | CHECK N GO | 0.00% | 20.00% | $0.00 | xxxxxxxx |
| | CITY OF MURFREESBORO | 0.00% | 20.00% | $0.00 | xxxxxxxx |
| * | CITY OF MURFREESBORO WATER | 0.00% | 20.00% | $517.19 | xxxxxxxx2795 |
| | CLARK AND WASHINGTON | 0.00% | 20.00% | $0.00 | xxxxxxxx |
| | COMCAST | 0.00% | 20.00% | $0.00 | xxxxxxxx |
| * | COVINGTON CREDIT #TN0005 | 0.00% | 20.00% | $483.00 | xxxxxxxx0107 |
| | CREDIT CENTRAL | 0.00% | 20.00% | $0.00 | xxxxxxxx |
| | DIRECTV | 0.00% | 20.00% | $0.00 | xxxxxxxx |
| | DOMINOS | 0.00% | 20.00% | $0.00 | xxxxxxxx |
| | DYNAMIC REC | 0.00% | 20.00% | $0.00 | xxxxxxxx |
| | FIFTH THIRD BANK | 0.00% | 20.00% | $0.00 | xxxxxxxx |
| | FORT STILL NATIONAL BANK | 0.00% | 20.00% | $0.00 | xxxxxxxx |
| | FOX COLLECTION CTR | 0.00% | 20.00% | $0.00 | xxxxxxxx |
| | FREDERICKSBURG CR BUR | 0.00% | 20.00% | $0.00 | xxxxxxxx |
| | FREEDOM FINANCE | 0.00% | 20.00% | $0.00 | xxxxxxxx |
| | FSNB | 0.00% | 20.00% | $0.00 | xxxxxxxx |
| * | MIDDLE TENNESSEE EAR NOSE AND THROAT | 0.00% | 20.00% | $133.33 | xxxxxxxx8163 |
| * | MT PLEASANT POLICE DEPARTMENT | 0.00% | 20.00% | $266.75 | xxxxxxxx6315 |
| | MTEMC | 0.00% | 20.00% | $0.00 | xxxxxxxx |
| * | MURFREESBORO RADIOLOGY | 0.00% | 20.00% | $43.00 | xxxxxxxx2828 |
| | NATIONAL CREDIT SYSTEMS | 0.00% | 20.00% | $0.00 | xxxxxxxx |
| | ONLINE COLLECTIONS | 0.00% | 20.00% | $0.00 | xxxxxxxx |
| | PERMANENT GENERAL INSURANCE | 0.00% | 20.00% | $0.00 | xxxxxxxx |
| | PIZZA HUT | 0.00% | 20.00% | $0.00 | xxxxxxxx |
| | PREMIER BANKCARD | 0.00% | 20.00% | $0.00 | xxxxxxxx |
| | PROACTIVE SOLUTION | 0.00% | 20.00% | $0.00 | xxxxxxxx |
| * | RENTDEBT AUTOMATED COLLECTIONS LLC | 0.00% | 20.00% | $500.00 | xxxxxxxx6315 |
| | RIGHT PRICE AUTO SALES | 0.00% | 20.00% | $0.00 | xxxxxxxx |
| | RJM ACQUISITIONS | 0.00% | 20.00% | $0.00 | xxxxxxxx |
| | RODALE | 0.00% | 20.00% | $0.00 | xxxxxxxx |
| | SOLUTIA TAS | 0.00% | 20.00% | $0.00 | xxxxxxxx |
| | SPRINT | 0.00% | 20.00% | $0.00 | xxxxxxxx |
| * | SPRINT NEXTEL | 0.00% | 20.00% | $3,524.43 | xxxxxxxx3232 |

| | | | | |
|---|---|---|---|---|
| ST THOMAS RUTHERFORD | 0.00% | 20.00% | $0.00 | xxxxxxxx |
| STATE OF TENNESSEE | 0.00% | 20.00% | $0.00 | xxxxxxxx |
| SUN LOAN CO | 0.00% | 20.00% | $0.00 | xxxxxxxx |
| TITLE BUCKS | 0.00% | 20.00% | $0.00 | xxxxxxxx |
| TRAFFIC VIOLATIONS BUREAU | 0.00% | 20.00% | $0.00 | xxxxxxxx |
| US DEPARTMENT OF EDUCATION | 0.00% | 20.00% | $0.00 | xxxxxxxx |
| VANDA LLC | 0.00% | 20.00% | $0.00 | xxxxxxxx |
| VERIZON WIRELESS | 0.00% | 20.00% | $0.00 | xxxxxxxx |
| WALMART | 0.00% | 20.00% | $0.00 | xxxxxxxx |
| WORLD FINANCE | 0.00% | 20.00% | $0.00 | xxxxxxxx |
| * WORLD FINANCE | 0.00% | 20.00% | $375.00 | xxxxxxxx1332 |

― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ―

The plan surrenders the debtors interest in collateral to the creditors listed below. The automatic stay has been lifted to allow these creditors to repossess the collateral upon which they have liens. Unless the order confirming provides otherwise, no disbursements will be made on any deficiency to these creditors unless and until deficiency claims are filed. Creditors unable or unwilling to repossess such collateral should advise the trustee to treat the entire claim as unsecured.
**Surrender the collateral to creditor DONS AUTO SALES.    (04 FORD EXPLORER)**

― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ―

**CASH EXPRESS treated unsecured due to failure of creditor to provide proof of perfection (Rule 3001(d), Federal Rules of Bankruptcy Procedure). (CLAIM MARKED SECURED)**

**Case to be dismissed, without further hearing, upon filing of notice of non-compliance and order dismissing case by the trustee.**

Unsecured creditors shall receive their prorata portion of the Unsecured Pool that remains after satisfaction of all allowed priority and administrative claims, not to be less than **20.000%** of such claims.

The unsecured pool shall be increased by the "base" amount not needed to satisfy allowed secured, priority, and administrative claims (including the trustee's commission).

The plan establishes a minimum pool of funds to be paid to all unsecured creditors called the "unsecured pool". Nonpriority unsecured creditors holding allowed claims shall receive a pro rata share of the unsecured pool after allowed unsecured priority and administrative claims have been satisfied. The plan establishes the Unsecured Pool at **N/A**.

The plan sets a minimum pool of funds to be paid to the Trustee by the debtor(s) called a base. The debtor(s) must pay this base or allowed claims in full before a discharge may be entered. The base is fixed at **$40,900.00**.

Please note that this Notice is only a summary of the plan as confirmed by the Court. You are cautioned to review the Court's order approving the plan, available on PACER at http://ecf.tnmb.uscourts.gov.


**/s/HENRY E HILDEBRAND, III**
CHAPTER 13 TRUSTEE
P O BOX 340019
NASHVILLE, TN  37203
PHONE:  615-244-1101
FAX:  615-242-3241
pleadings@ch13nsh.com

\* An asterisk denotes that a proof of claim has been filed for the listed creditor. No disbursements will be made on any claim pursuant to the plan unless an allowed proof of claim is filed.